**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANIEL CARL PRYOR, | ) | NO. CV 15-9528-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: June 27, 2016.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE